THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

FILED
2010 MAY 24 PM 2:13
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON

IN RE: ) CHAPTER 13
) CASE NO: **03-55997**
**MONA L MARKS** )
) MARILYN SHEA-STONUM
Debtor(s) ) BANKRUPTCY JUDGE
)
) TRANSMITTAL OF UNCLAIMED FUNDS

Keith L. Rucinski, Standing Chapter 13 Trustee, reports the following:

1. In the above captioned case, the Trustee has made a distribution to the following creditor(s):

   **WOLPOFF & ABRAMSON LLP**
   **Check No. 735079**
   **Claim #002**

   However, either the check has been returned to the Trustee or a stop payment has been issued by the Trustee due to creditor's failure to negotiate the check

2. The Chapter 13 Trustee is hereby enclosing a check in the amount of **$249.38** payable to the Clerk of the United States Bankruptcy Court for deposit in the Court's depository account.

Date: **5/21/2010**

Keith L. Rucinski, Chapter 13 Trustee
Ohio Reg. No. 0063137
Joseph A. Ferrise, Staff Attorney
Ohio Reg. No. 0084477
One Cascade Plaza, Suite 2020
Akron, OH 44308
Phone: 330.762.6335
Fax: 330.762.7072
<u>krucinski@ch13akron.com</u>
<u>jferrise@ch13akron.com</u>

*CK # 749736*

*Receipt # 81493*

CHAPTER 13
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
rucinski@ch13akron.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent to:

**MONA L MARKS**
**1230 GROVEWOOD DR**
**TALLMADGE, OH 44278**
(Via Regular Mail)


**CHAPTER 13 TRUSTEE (via ECF)**

**WOLPOFF & ABRAMSON LLP**
**TWO IRVINGTON CENTRE**
**702 KING FARM BLVD**
**ROCKVILLE, MD 20850-5775**
(via Regular Mail)

Date of Service: **5/21/2010**    By: **JoAnn Romig**
                                  Office of the Chapter 13 Trustee

**CHAPTER 13**
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
rucinski@ch13akron.com