# THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

IN RE: ) CHAPTER 13
) CASE NO: **03-55997**
**MONA L MARKS** )
)
) MARILYN SHEA-STONUM
Debtor(s) ) BANKRUPTCY JUDGE
)
) TRANSMITTAL OF UNCLAIMED FUNDS

***

Keith L. Rucinski, Standing Chapter 13 Trustee, reports the following:

1. In the above captioned case, the Trustee has made a distribution to the following creditor(s):

   **WOLPOFF & ABRAMSON LLP**
   **Check No. 738413**
   **Claim #002**

   However, either the check has been returned to the Trustee or a stop payment has been issued by the Trustee due to creditor's failure to negotiate the check

2. The Chapter 13 Trustee is hereby enclosing a check in the amount of **$438.89** payable to the Clerk of the United States Bankruptcy Court for deposit in the Court's depository account.

Date: **6/15/2010**

Keith L. Rucinski, Chapter 13 Trustee
Ohio Reg. No. 0063137
Joseph A. Ferrise, Staff Attorney
Ohio Reg. No. 0084477
One Cascade Plaza, Suite 2020
Akron, OH 44308
Phone: 330.762.6335
Fax: 330.762.7072
**krucinski@ch13akron.com**
**jferrise@ch13akron.com**

ck # 752735

receipt # 81551

FILED 2010 JUN 16 PM 1:30 U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO AKRON

CHAPTER 13
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
rucinski@ch13akron.com

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent to:

MONA L MARKS
1230 GROVEWOOD DR
TALLMADGE, OH 44278
(Via Regular Mail)


CHAPTER 13 TRUSTEE (via ECF)

WOLPOFF & ABRAMSON LLP
TWO IRVINGTON CENTRE
702 KING FARM BLVD
ROCKVILLE, MD 20850-5775
(via Regular Mail)

| | |
|---|---|
| Date of Service: **6/15/2010** | By: **JoAnn Romig**<br>Office of the Chapter 13 Trustee |

**CHAPTER 13**
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
rucinski@ch13akron.com