

# THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

IN RE: ) CHAPTER 13
) CASE NO: **03-55997**
**MONA L MARKS** )
) MARILYN SHEA-STONUM
Debtor(s) ) BANKRUPTCY JUDGE
)
) TRANSMITTAL OF UNCLAIMED FUNDS

∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙

Keith L. Rucinski, Standing Chapter 13 Trustee, reports the following:

1. In the above captioned case, the Trustee has made a distribution to the following creditor(s):

   **WOLPOFF & ABRAMSON LLP**
   **Check No. 738675**
   **Claim #002**

   However, either the check has been returned to the Trustee or a stop payment has been issued by the Trustee due to creditor's failure to negotiate the check

2. The Chapter 13 Trustee is hereby enclosing a check in the amount of $3.73 payable to the Clerk of the United States Bankruptcy Court for deposit in the Court's depository account.

Date: **6/15/2010**

Keith L. Rucinski, Chapter 13 Trustee
Ohio Reg. No. 0063137
Joseph A. Ferrise, Staff Attorney
Ohio Reg. No. 0084477
One Cascade Plaza, Suite 2020
Akron, OH 44308
Phone: 330.762.6335
Fax: 330.762.7072
krucinski@ch13akron.com
jferrise@ch13akron.com

*ck # 752739*

*Receipt # 81550*

**CHAPTER 13**
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
rucinski@ch13akron.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent to:

**MONA L MARKS**
**1230 GROVEWOOD DR**
**TALLMADGE, OH 44278**
(Via Regular Mail)

**CHAPTER 13 TRUSTEE (via ECF)**

**WOLPOFF & ABRAMSON LLP**
**TWO IRVINGTON CENTRE**
**702 KING FARM BLVD**
**ROCKVILLE, MD 20850-5775**
(via Regular Mail)

Date of Service: **6/15/2010**     By: **JoAnn Romig**
                                    Office of the Chapter 13 Trustee

**CHAPTER 13**
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
rucinski@ch13akron.com